THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN RONDOS, Appellant. [924 NYS2d 914]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about May 4, 2010, and said appeal having been argued by counsel for the respective parties; and

due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Renwick and Román, JJ.